**MANRIQUE LAW PLLC**
Attorney and Counselor at Law
130 N. Main Street, Suite 101, New City, NY 10956
Tel: (917) 426-5927 | Email: manriquelawgroup@gmail.com

September 30, 2026

VIA ECF

Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** Peter Marshall v. City of New York, et al., No. 1:25-cv-03908 (KAM)(JRC) — Motion for Leave to Withdraw as Counsel for Plaintiff

Dear Judge Matsumoto:

This firm represents Plaintiff Peter Marshall in the above-referenced action. Pursuant to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, I respectfully request leave of the Court to withdraw as counsel of record for Plaintiff.

**1. Reasons for Withdrawal.** On September 29, 2026, Mr. Marshall notified the undersigned by written message that he is terminating the undersigned's representation, effective immediately. The attorney-client relationship has broken down, and Mr. Marshall no longer wishes this firm to represent him in this matter. Under these circumstances, withdrawal is warranted under New York Rule of Professional Conduct 1.16(b)(3), N.Y. Comp. Codes R. & Regs. tit. 22, § 1200.0, which provides that a lawyer shall withdraw when discharged by the client. Withdrawal nonetheless requires leave of this Court.

**2. <u>Posture of the Case and Effect on Scheduling.</u>** On September 21, 2026, pursuant to the Court's September 14, 2026 order, Plaintiff filed a proposed Second Amended Complaint (Docket No. 18) and a letter regarding efforts to identify the individual officer defendants (Docket No. 17). By letter dated September 24, 2026 (Docket No. 20), Defendant City of New York advised that it does not consent to the proposed amendment and instead intends to move to dismiss; no order granting leave to amend has been entered. On September 25, 2026, the Court granted the City's motion to substitute counsel, and Alexandra Corsi, Esq. has since appeared for the City defendants. The City has proposed, and Plaintiff has agreed to, the following briefing schedule for its anticipated motion to dismiss: moving papers due November 7, 2026; opposition papers due December 11, 2026; and reply papers due January 15, 2027. That schedule has not yet been so-ordered by the Court. Because Plaintiff will need time to retain substitute counsel or prepare to proceed pro se, the undersigned respectfully requests that the Court set Plaintiff's deadline to oppose the anticipated motion to dismiss at whichever is later of (a) December 11, 2026, or (b) thirty (30) days after both this motion is decided and the City serves its moving papers, with the City's reply deadline adjusted accordingly.

**3. <u>Lien.</u>** The undersigned does not assert a retaining lien over Mr. Marshall's file. The undersigned asserts a charging lien under New York Judiciary Law § 475, to the extent available, for the reasonable value of services rendered. The undersigned does not ask the Court to determine the lien's validity or amount as part of this withdrawal motion, and does not condition withdrawal or delivery of the client file on resolution of any fee issue.

**4. <u>Notice and Service.</u>** A copy of this motion is being served on Mr. Marshall by email, the means by which he and the undersigned have communicated throughout this litigation, and on counsel for the City defendants by ECF. Proof of service on Mr. Marshall will be filed on the

docket. Mr. Marshall has been advised that his lawsuit is not being dismissed by virtue of this withdrawal, that he remains responsible for meeting any deadlines the Court may set, and that he should retain new counsel or advise the Court promptly if he intends to proceed pro se.

**5. <u>Requested Relief.</u>** For the foregoing reasons, the undersigned respectfully requests that the Court grant leave for Samuel E. Manrique, Sr., Esq. to withdraw as counsel of record for Plaintiff Peter Marshall, and that the Court set a reasonable deadline for Mr. Marshall to retain substitute counsel or to notify the Court of his intention to proceed pro se.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Samuel E. Manrique, Sr.*
Samuel E. Manrique, Sr., Esq.
Manrique Law PLLC

**cc:** Peter Marshall (via email) (Plaintiff)
Alexandra Corsi, Esq. (via ECF) (Counsel for Defendant City of New York)